No. 22-35857

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

BLUE MOUNTAINS BIODIVERSITY PROJECT,
*Plaintiff/Appellant*,

v.

SHANE JEFFERIES; UNITED STATES FOREST SERVICE,
*Defendants/Appellees*.

Appeal from the United States District Court for Oregon
No. 2:20-cv-02158 (Hon. Michael W. Mosman)

**UNOPPOSED MOTION FOR A 23-DAY EXTENSION OF TIME FOR THE FEDERAL DEFENDANTS' RESPONSE TO THE PETITION FOR REHEARING AND REHEARING EN BANC**

Federal Defendants hereby respectfully move for a 23-day extension of time in which to file their response to the petition for rehearing and rehearing en banc, from the current due date of October 25, 2023, to November 17, 2023. Federal Defendants have not previously sought an extension on this response. We have conferred with counsel for Plaintiff, who stated that they have "no objection" to this motion for an extension of time.

The Court should grant this request for the following reasons:

1

1. Plaintiff filed a petition for rehearing and rehearing en banc on October 2, 2023. On October 4, 2023, this Court requested that Federal Defendants file a response to the petition by October 25, 2023. Federal Defendants have not previously sought an extension of time for this deadline.

2. I am an attorney in the Appellate Section, Environment and Natural Resources Division ("Division"), United States Department of Justice. I am the lead attorney representing Federal Defendants in this matter, and I am principally responsible for preparing the response.

3. I have devoted and must devote substantial time to other pending matters that prevent me from completing Federal Defendants' response by the current due date, despite diligent efforts. I appeared at oral argument in Honolulu, Hawaii, on October 6, 2023, in *Prutehi Litekyan: Save Ritidian v. United States Department of the Air Force, et al.*, No. 22-16613 (9th Cir.). I must also appear at oral argument in Portland, Oregon, on October 17, 2023, in *Friends of the Crazy Mountains, et al v. Mary Erickson, et al.*, No. 22-35555 (9th Cir.). Both cases involved full-length briefing and multiple issues, and I have devoted and must devote significant time to preparing for these oral arguments. In addition, travel between these locations and back to my residence in Washington, DC, will require some time. I have time-sensitive administrative responsibilities with respect to the new-attorney hiring process that will require my time as well.

4. The requested extension is also necessary for Federal Defendants to coordinate review of their response. The response needs to be comprehensively reviewed by a variety of officials within the federal government, which includes review by multiple supervisors, people in other sections within the Division, as well as coordination with the U.S. Forest Service.

5. I have exercised diligence in this case, and I plan to file the response by the requested due date.

Accordingly, Federal Defendants request that the Court extend the deadline for their response by 23 days, to November 17, 2023.

Respectfully submitted,

/s/Robert P. Stockman
ROBERT P. STOCKMAN
*Attorney for Federal Defendants*
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7415 Ben Franklin Station
Washington, DC 20044
202-353-3527
robert.stockman@usdoj.gov

October 10, 2023
DJ # 90-1-4-16213

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

This motion contains 415 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and accordingly complies with the length limit in Federal Rule of Appellate Procedure 27(d)(2)(A).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), per Federal Rule of Appellate Procedure 27(d)(1)(E).

This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/Robert P. Stockman
ROBERT P. STOCKMAN