UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BLUE MOUNTAINS BIODIVERSITY PROJECT, an Oregon non-profit corporation,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>        Defendants - Appellees. | No. 22-35857<br><br>D.C. No. 2:20-cv-02158-MO<br>U.S. District of Oregon, Pendleton<br><br>**MANDATE** |

The judgment of this Court, entered July 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $40.29.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT