# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 17, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:   Blue Mountains Biodiversity Project
             v. Shane Jeffries, in His Official Capacity as Ochoco National
             Forest Supervisor, et al.
             No. 24-300
             (Your No. 22-35857)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 13, 2024 and placed on the docket September 17, 2024 as No. 24-300.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst